IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JACOB ZAREMBER-CASTANON, )
)
Plaintiff, )
)
v. ) CV 307-081
)
IDA ROBINSON and )
MICHAEL V. PUGH, )
)
Defendants. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the above-captioned case is **DISMISSED** without prejudice for failure to fulfill the requirements for proceeding *in forma pauperis* or paying the filing fee, and this civil action is **CLOSED**.

SO ORDERED this 21st day of April, 2008, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE